NORMAN J. WATKINS – SBN 87327
nwatkins@lynberg.com
S. FRANK HARRELL – SBN 133437
sharrell@lynberg.com
JESSE K. COX – SBN 285218
jcox@lynberg.com
MARLENA R. MLYNARSKA – SBN 328132
mmlynarska@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
1100 Town & Country Road, Suite #1450
Orange, California 92868
(714) 937-1010 Telephone
(714) 937-1003 Facsimile

Attorneys for Defendants COUNTY OF ORANGE, DEPUTY JONATHAN ISRAEL, and DEPUTY EDUARDO DURAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| LATOYA REINHOLD, individually and as successor-in-interest to Kurt Reinhold; S.R. and J.R., minors, by and through their guardian *ad litem,* Latoya Reinhold, individually and as successors-in-interest to Kurt Reinhold; JUDY REINHOLD-TUCKER, individually,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF ORANGE, a public entity; JONATHAN ISRAEL, an individual; EDUARDO DURAN, an individual, and DOES 3-20, inclusive,<br><br>Defendant. | CASE NO: 8:20-cv-02369-JLS-DFM<br><br>*Assigned to Hon. Josephine L. Staton – Courtroom 8A*<br><br>**DEFENDANTS' PROPOSED SPECIAL VERDICT FORM FOR PHASE II**<br><br>FPTC:   April 14, 2023<br>Time:    10:30 a.m.<br>Crtrm:   8A<br><br>*Trial Date:      Not Scheduled*<br><br>*Complaint filed: December 17, 2020* |

1

**DEFENDANTS' PROPOSED SPECIAL VERDICT FORM FOR PHASE II**

**TO THIS HONORABLE COURT, PLAINTIFFS, AND THEIR COUNSEL OF RECORD:**

Defendants County of Orange, Jonathan Israel, and Eduardo Duran hereby submit the attached Proposed Special Verdict Form for Phase II.

DATED: April 7, 2023      **LYNBERG & WATKINS**

By: */s/ Jesse K. Cox*
**NORMAN J. WATKINS
S. FRANK HARRELL
JESSE K. COX
MARLENA R. MLYNARSKA**
Attorneys for Defendants
COUNTY OF ORANGE, JONATHAN ISRAEL, and EDUARDO DURAN

**2**
**DEFENDANTS' PROPOSED SPECIAL VERDICT FORM FOR PHASE II**

# SPECIAL VERDICT FORM

We, the jury, find as follows:

**QUESTION 1**:   Did a final policymaker for the County of Orange ratify a Deputy's unconstitutional conduct and the basis for it, prior to the occurrence of the conduct?

                    Yes_____                                        No_____

*If your answer to Question 1 is "No," do not answer any other questions. The Jury Foreperson should sign, date, and return this Special Verdict Form.*

*If your answer to Question 1 is "Yes," proceed to Question 2.*

**QUESTION 2**:  What unconstitutional conduct, and the basis for it, did a final policymaker for the County of Orange ratify? (Please mark your response(s) with an "X").

Action with a purpose to harm unrelated to a legitimate law enforcement objective by:

        Deputy Jonathan Israel                            _____
        Deputy Eduardo Duran                           _____

*Your Jury Foreperson should sign, date, and return this Special Verdict Form once you have reached a unanimous verdict.*

DATED: _____

                                              **Jury Foreperson**

4842-3584-0971, v. 1